FILED

07 NOV 20 AM 11 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDZ DEPUTY

**PLAINTIFF/PETITIONER/MOVANT'S NAME**
Lyle J. Hitchcock

**PRISON NUMBER**

**PLACE OF CONFINEMENT**

**ADDRESS**
5902 Streamview Dr., Apt.2
San Diego, CA. 92105
(619) 795-4776

# United States District Court
## Southern District Of California

Plaintiff/Petitioner/Movant
Lyle J. Hitchcock
v.
Stan Stanley
Richard Burtz, and Pathfinder's
of San Diego, Inc.
Defendant/Respondent

'07 CV No. 2211  BEN NLS

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, 
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  Yes __  No X (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?        Yes __ No __
   Do you receive any payment from the institution?   Yes __ No __
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Last work day October, 2002 at SSF Imported Auto Parts, Inc.
   7750 Formula Pl., D.D. (858) 549-6653
   $1800 Mo.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☒ Yes ☐ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   $867.00 a month from SSI

4. Do you have any checking account(s)?  ☐ Yes ☐ No
   a. Name(s) and address(es) of bank(s): Union Bank of California, 410 "A" St, Chula Vista
   b. Present balance in account(s): $26.22

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?  ☒ Yes ☐ No
   a. Make: Ford         Year: 1991    Model: Ranger truck
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?  0

   Total value - $1,250.00

4. Have you talked with any attorney about handling your claim?

    X Yes    \_\_\_ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: Keith H. Rutman - Civil Rights Attorney
When: He was called on October 2007
Where: Office location - 701 "B" St., San Diego, Ca.
How (by telephone, in person, etc.): 239-3600
Why attorney was not employed to handle your claim: He said he handles police misconduct claims and that this case did not interest him at all.

Attorney: The Cross Law Firm-Civil Rights-APC
When: He was called Oct. 5, 2007
Where: at their San Diego office
How (by telephone, in person, etc.): 1-800-859-2064
Why attorney was not employed to handle your claim: It was explained they do landlord-tenant and (race-age) discrimination - not subsidized housing

Attorney: Rhodes & West - Civil Rights
When: They were called Oct. 5, 2007
Where: Office location 121 Broadway, San Diego, CA. 92101
How (by telephone, in person, etc.): (619) 258-8420
Why attorney was not employed to handle your claim: Their firm handles workplace discrimination (age-race) exclusively.

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim: I contacted James Byrnes, 964 5th Ave., Ste 500, San Diego, CA (619) 544-477. He is an attorney and friend. He <u>cannot</u> take this case because he is on Board of Directors of "The Ranch" & Heartland House, both sober living groups, and, therefore it would be a conflict of interest.

6. Give any other information which supports your application for the court to appoint an attorney for you: I have been diagnosed with major depression, consequently, it could prove to be a major hardship for me if I suffer a depressive episode halfway through prosecution of this case. I cannot function under major depression.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: Jan Ronis, Ronis & Ronis, 105 W. "C" St., S.D., CA. He represented me in DUI case 12 years ago.

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A. <u>Employment</u>

Are you employed now?   ___ yes  _X_ no  ___ am self-employed

Name and address of employer:   N/A

1  If employed, how much do you earn per month? __N/A__
2  If not employed, give month and year of last employment: __October 2002__
3  How much did you earn per month in your last employment? __$1,800__
4  If married, is your spouse employed? ___ yes ___ no   N/A
5  If "YES," how much does your spouse earn per month? _____ / 
6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly
7  income? __--__
8  
9     B.    Assets
10       (i)   Other Income
11  Have you received within the past 12 months any income from a business, profession or other
12  form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity
13  payments or other sources?  __X__ yes  ___ no
14    If "YES," give the amount received and identify the sources:
15       $ Received                    Source
16  __$867.00 monthly from SSI__
17
18
19
20
21
22
23
24
25
26
27
28  (Attach additional sheets as necessary)

(ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? ___ yes _X_ no

If "YES," state total amount: __N/A__

(iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? _X_ yes ___ no

If "YES," give value and describe it:

| <u>Value</u> | <u>Description</u> |
|---|---|
| $1,250 | 1991 from Ranger pickup |
| $500 | 30 year old Cannondale bike |

C. <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is: _X_ single ___ married ___ widowed, separated or divorced.

Your total number of dependents is: _0_

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| <u>Name/Relationship</u> | <u>Monthly Support Payment</u> |
|---|---|
| N/A | N/A |

|   |   |   |
|---|---|---|
| (ii) Debts and Monthly Bills | | |

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: $247.00 a month | | |
| Mortgage on Home: N/A | | |
| Others: | | |

```
Total expenses monthly

    Car       $330.00
    Rent       250.00
    Insurance   65.00
    Household  160.00
              $725.00
```

9. Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 11/20/07

_____
Signature

(Notarization is not required)