```
                                        FILED
                                  07 NOV 20 AM 11: 34
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA

                                  BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Civil No. '07 CV 2211 BEN NLS

Lyle J. Hitchcock )
                  )
        v.        )   REQUEST FOR APPOINTMENT OF
                  )   COUNSEL UNDER THE CIVIL RIGHTS
Stan Stanley      )   ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
Richard Burtz, and)   DECLARATION IN SUPPORT OF
Pathfinder's of   )   REQUEST
San Diego, Inc.   )
                  )

1.   I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A.   my claim is meritorious (that is, I have a good case), and

   B.   I have made a reasonably diligent effort to obtain counsel, and

   C.   I am unable to find an attorney willing to represent me on terms that I can afford.

2.   A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.   A.   Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

        ____ Yes        ____ No

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4          B.      Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6          ____ Yes        ____ No
7          C. If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel.</u>

28 (Attach additional sheets as needed)

ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (1.47pm)                2

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ___ Yes   X  No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   $3,000 owed to family trust

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

    After expenses I have $100-$200 a month discretionary.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE  11/20/07                    _____
                                   SIGNATURE OF APPLICANT