# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

LYLE J. HITCHCOCK

            V.

STAN STANLEY; RICHARD BURTZ;
PATHFINDERS OF SAN DIEGO, Inc.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2211 BEN(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs Motion to Proceed In Forma Pauperis is denied. Accordingly, the Complaint is dismissed without prejudice..................................................................................................................................

| December 17, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/J Hathaway
(By) Deputy Clerk

ENTERED ON December 17, 2007

07cv2211 BEN(NLS)